**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
**Attorneys for Defendant:**
COUNTY OF SACRAMENTO

Gaspar R. Garcia, II, SBN 215762
**LAW OFFICES OF GARCIA & ASSOCIATES**
1395 Garden Highway, Suite 175
Sacramento, CA 95833
TEL: 916.568.3692
Attorney for Plaintiff
KIM N. TANG

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KIM N. TANG, | CASE NO. 2:08-CV-02047-JAM-JFM |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

After a meet and confer effort by the parties, THE PARTIES HEREBY STIPULATE AND AGREE that Plaintiff KIM N. TANG will file an Amended Complaint pursuant to Federal Rules of Civil Procedure 15(a)(1). The Parties agree that Plaintiff may have until October 24, 2008 to file an amended Complaint. As a result of Plaintiff's amendment of his Complaint, Defendant COUNTY OF SACRAMENTO will not file response on October 13, 2008, the date of the previously stipulated deadline. Instead, Defendant COUNTY OF SACRAMENTO will have until November 14, 2008 to file a responsive pleading.

1
STIPULATION AND ORDER TO EXTEND FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT
{00620118.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

Dated: October 9, 2008                           PORTER SCOTT

                                                 A PROFESSIONAL CORPORATION


                                                 By _____/s/_____

                                                   Michael W. Pott


Dated: October 9, 2008                           LAW OFFICES OF GARCIA & ASSOCIATES


                                                 By _____/s/_____

                                                   Gaspar R. Garcia, II


### ORDER

The Court having considered the parties' stipulation, it is ORDERED that Plaintiff may have until October 24, 2008 to file an amended Complaint, and Defendant may have until November 14, 2008 to file a responsive pleading.

IT IS SO ORDERED.

Dated: October 9, 2008                           /s/ John A. Mendez

                                                 Hon. John A. Mendez

                                                 United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com