1 | GASPAR R. GARCIA II, SBN 215762
LAW OFFICES OF GARCIA & ASSOCIATES
2 | 1395 Garden Highway, Suite 175
Sacramento, CA 95833
3 | Telephone Number: (916) 568-3692

4 | Attorney for Plaintiff

5 | **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
6 | Michael W. Pott, SBN 186156
350 University Avenue, Suite 200
7 | Sacramento, California 95825
(916) 929-1481
8 | (916) 927-3706 (facsimile)

9 | **Attorneys for Defendant:**
COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KIM N. TANG, | CASE NO. 2:08-CV-02047-JAM-JFM |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| COUNTY OF SACRAMENTO, | |
| Defendants. | |

After a meet and confer effort by the parties, THE PARTIES HEREBY STIPULATE AND AGREE that Plaintiff KIM N. TANG will file an Amended Complaint pursuant to Federal Rules of Civil Procedure 15(a)(1). The Parties agree that Plaintiff was to amend his complaint by October 24, 2008, the date of the previously stipulated deadline. Instead, Plaintiff may have until October 31, 2008 to file an amended Complaint. As a result of Plaintiff's amendment of his Complaint, Defendant COUNTY OF SACRAMENTO will not file response on November 14, 2008, the date of the previously stipulated deadline. Instead, Defendant COUNTY OF SACRAMENTO will have until November 21, 2008 to file a responsive pleading.

**IT IS SO STIPULATED.**

Dated: October 24, 2008                                              PORTER SCOTT

1

|     |     |
| --- | --- |
|     | A PROFESSIONAL CORPORATION |
|     | By _____/s/_____ |
|     | Michael W. Pott |
| Dated: October 24, 2008 | LAW OFFICES OF GARCIA & ASSOCIATES |
|     | By _____/s/_____ |
|     | Gaspar R. Garcia, II |

**ORDER**

The Court having considered the parties' stipulation, it is ORDERED that Plaintiff may have until October 31, 2008 to file an amended Complaint, and Defendant may have until November 21, 2008 to file a responsive pleading.

IT IS SO ORDERED.

Dated: October 27, 2008            /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              United States District Court Judge

2