**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KIM N. TANG, | CASE NO. 2:08-CV-02047-JAM-JFM |
| Plaintiff, | **ORDER RE: STIPULATION TO CONTINUE DATE FOR FILING OF JOINT STATUS REPORT** |
| v. | |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

**ORDER**

The Court having considered the parties' stipulation, and good cause existing therefore, it is **ORDERED** that the parties shall confer as required by Fed.R.Civ.P.26(f) and shall prepare and submit to the Court a Joint Status Report that includes the Rule 26(f) discovery plan no later that December 19, 2008.

**IT IS SO ORDERED**.

Dated: October 31, 2008          /s/ John A. Mendez
                                 Honorable John A. Mendez
                                 United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com