**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Sophia S. Kwan, SBN 257666
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendant:**
COUNTY OF SACRAMENTO

KIM TANG
IN PRO PER
P.O. Box 582052
Elk Grove, CA 95758
(916) 834-9107

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KIM N. TANG, | CASE NO. 2:08-CV-02047-JAM-JFM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)** |
| v. | |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

Plaintiff KIM TANG and Defendant COUNTY OF SACRAMENTO ("the Parties") stipulate as follows:

**IT IS HEREBY STIPULATED** by and between the Parties to this action, through their designated counsel, that this action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1) and (2), with each of those parties to bear their own attorney's fees and costs.

///

///

///

{00693736.DOC}1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 16, 2009          PORTER SCOTT
                                   A PROFESSIONAL CORPORATION


                                   By _____
                                        Michael W. Pott
                                        Attorneys for Defendants

Dated: September 16, 2009


                                   By _____
                                        Kim N. Tang
                                        In Pro Per


**IT IS SO ORDERED:**


DATE:  September 16, 2009          /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   United States District Judge

{00693736.DOC}2

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com